IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

DESHAWN M. HARRIS,

        Defendant.

:

:   Case No.   3:19cr137(3)

:   JUDGE WALTER H. RICE

:

DECISION AND ENTRY OVERRULING DEFENDANT'S SECOND
MOTION TO BE RELEASED ON BOND (DOC. #280); RIGHT OF APPEAL
EXPLAINED

Pursuant to the discussion and the reasoning set forth by this Court upon the record, during an April 21, 2020, telephone conference call between Court and counsel, this Court OVERRULES the Defendant's Second Motion to be Released from Bond (Doc. #280), concluding that there exists no condition or combination of conditions such as to guarantee the appearance of the Defendant when required and/or the safety of any other person and the community.

In ruling as aforesaid, the Court sets forth the following, non-exclusive, observations:

1.     Defendant was on bond, having entered a plea of guilty and awaiting sentencing in Case No. 3:18cr150, involving the distribution of methamphetamine, when a duly impaneled grand jury found probable cause to believe that he committed the offense(s) for which he is presently under Indictment.

1

2. His performance on bond was poor, given the multiple Petitions filed by the Pretrial Services Office, directing him to show cause why his bond should not be revoked.

3. Moreover, while his address at the time of the initial Pretrial Services Report in Case No. 3:18cr150, indicated that he would be residing in a home on Princeton Drive in Dayton, Ohio, in reality, he was spending most of his time, in the State of Arizona, this without either the permission or knowledge of the Pretrial Services Officer.

Defendant, to whom a copy of this Entry is sent, is advised that he has fourteen days from the filing of this Decision and Entry to appeal this Court's decision rendered herein to a higher court. He is entitled to the services of an attorney to aid him in such an appeal. Should he wish to appeal and desires an attorney to represent him, the Court will appoint an attorney for him, at no cost, to assist him in such an appeal.

_____
April 27, 2020  WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Marie Sebatware, US Pretrial Services Officer
DeShawn Harris, c/o Butler County Jail, 442 S. 2nd Street, Hamilton, OH 45011